**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendant Richland*
*Holdings, Inc. d/b/a AcctCorp*
*of Southern Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIEBELLE F. TABALBA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. D/B/A ACCTCORP OF SOUTHERN NEVADA,<br><br>Defendant. | Case Number: 2:19-CV-01115<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT RICHLAND HOLDINGS, INC., DBA ACCTCORP OF SOUTHERN NEVADA, TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp"), by and through its counsel of record, the law firm of Marquis Aurbach Coffing, and Plaintiff Mariebelle F. Tabalba ("Tabalba"), by and through her counsel of record, the law firms of Haines & Krieger, LLC and Knepper & Clark, LLC, hereby stipulate and agree as follows:

1. On June 26, 2019, Tabalba filed her Complaint [ECF No. 1] in the United States District Court, District of Nevada.

2. The Complaint and Summons were served upon AcctCorp on July 1, 2019.

3. AcctCorp's response to the Complaint is currently due on July 22, 2019.

/ / /

/ / /

/ / /

MAC:14665-017 3786647_1.docx 7/16/2019 11:47 AM

4. The parties have agreed to extend the deadline for AcctCorp to respond to the Complaint to August 5, 2019, to provide AcctCorp's counsel additional time to investigate the underlying facts.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this _ day of July, 2019. | Dated this _ day of July, 2019. |
| MARQUIS AURBACH COFFING | KNEPPER & CLARK, LLC |

By: /s/ *Jared M. Moser*
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
tcoffing@maclaw.com
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc., dba AcctCorp of Southern Nevada*

By: /s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Avenue,
Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Fax: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

HAINES & KRIEGER, LLC

David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

### **ORDER**

Based on the forgoing stipulation and for good cause appearing,

**IT IS SO ORDERED** that AcctCorp's deadline to respond to the complaint is extended to August 5, 2019.

Dated this 17th of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE